UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CHRISTOPHER BRUCE MOOREHART** | **CIVIL CASE NO. 6:24-CV-00168** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **KIRK FRITH** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 24], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this civil rights COMPLAINT [Doc. 1] be DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers this 18th day of November, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE